UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Susan Fraser, ind. and on behalf of all others _____, )
    Plaintiff(s),  )
                   )
v.                 )   Case No. 4:10-cv-02400
                   )
Bank of America, NA and BAC Home Loans Ser. LP _____, )
    Defendant(s). )

NOTICE OF INTENT TO USE
PROCESS SERVER

Comes now _____Plaintiff_____ and notifies the court of the intent to use
(Plaintiff or Defendant)

Northshore Process Service
_____
(name and address of process server)

1560 Sherman Avenue, Suite 301

Evanston, Illinois  60201

To serve:   BAC Home Loans Servicing, LP, &
            Bank of America, NA
_____in the
(name of defendants to be served by this process server)

above-styled cause.  The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

12/23/2010                                    /s/Michael J. Flannery
_____              _____
   (date)                                    (attorney for Plaintiff)


                                              _____
                                              (attorney for Defendant)